UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHIZOBA C. NWOYE,**

    **Plaintiff,**

v.                                                  CASE NO.: 8:23-cv-00233-TPB-TGW

**FLORIDA HOSPITAL ZEPHYRHILLS, INC.**
**d/b/a AdventHealth Zephyrhills,**

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CHIZOBA C. NWOYE ("NWOYE"), and Defendant, FLORIDA HOSPITAL ZEPHYRHILLS, INC. d/b/a AdventHealth Zephyrhills ("AdventHealth") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a settlement. The Parties are in the process of preparing settlement documents and anticipate filing a stipulation of dismissal of this case with prejudice, with each party to bear her or its attorneys' fees and costs, within thirty (30) days.

Dated: January 24, 2024                                 Respectfully submitted,

| */s/Jason W. Imler* | */s/ Viktoryia Johnson* |
|---|---|
| Jason W. Imler, Esq. | Nicholas S. Andrews |
| Florida Bar No. 1004422 | Florida Bar No. 0105699 |
| Jason@ImlerLaw.com | nandrews@fordharrison.com |
| IMLER LAW | Viktoryia Johnson, Esquire |
| 23110 State Road 54, Unit 407 | Florida Bar No.: 125545 |
| Lutz, Florida 33549 | vjohnson@fordharrison.com |

| | |
|---|---|
| Telephone: 813.553.7709<br>Counsel for Plaintiff | FORDHARRISON LLP<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602<br>Telephone: (813) 261-7800<br>Facsimile: (813) 261-7899<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January 2024, a true and correct PDF copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Jason W. Imler, Esq.
Jason@ImlerLaw.com
IMLER LAW
23110 State Road 54, Unit 407
Lutz, Florida 33549
Telephone: 813.553.7709
Counsel for Plaintiff

    */s/ Viktoryia Johnson*
Nicholas S. Andrews
Florida Bar No. 0105699
nandrews@fordharrison.com
Viktoryia Johnson, Esquire
Florida Bar No.: 125545
vjohnson@fordharrison.com
FORDHARRISON LLP
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899
Attorney for Defendant